United States District Court for the Fifth (5th) Circuit

**23-00853**

Tyrone Hurt
(see: Haines v. Kerner, 1972)
517 Kentucky Ave. S.E.
#2; W.D.C.; 20003
(202) 390-4251

Civil Action No.

SECT. T MAG. 1

Plaintiff

vs.

U.S. Constitution, (1688) (1775-)
(see: Haines v. Kerner, 1972)

The American Heritage College Dictionary

Defendants

International Court of Justice – (1946-);
International Criminal Court – (1946-);
International Peace Court – (1946-);
(see: Haines v. Kerner, 1972)

The State of Texas, et al., A, State to
the United States of America
(Note: see: terminal: Brown v. Board of
Ed., (1954) etc.
(Also: etc.: see: Bivens v. Six (6) Unknown
Narcotics Agents – (1972)

(2)

United States of America,

## Complaint

1. This petition to this Honorable Court is pursuant to Title 42, Section 1983, U.S.C., Title 28, Section 1380, U.S.C., Title 28, Section 1331 & 1332, U.S.C., Title 28, Section 1975, U.S.C., Title 28, Section 2201, 2202, U.S.C.

2. The amount in controversy exceeds $75,000.00 dollars exclusive to interests and costs.

3. I demand a trial by a jury on all the issues involved.

4. I am a citizen to the N.C., and to the U.S.A.

### Statement to the Facts to the Case
### Memorandum to Law

1. The Plaintiff respectfully states that to this Honorable Court to: see: Fifth (5th.), Eighth (8th.), and Fourteenth (14th.) Amendment Rights to the U.S. Constitution (1658-1775) and thus, to implement and execute, the landmark decision and opinion to Brown v. Board to Ed., (1954), as delivered by the United States Supreme Court, located in Washington, D.C., and thus, to eliminate, said racism, prejudices, in the schools, located in

(3)

the State to Texas, and across this supposedly, civilized nation, (U.S.A.). Also, total, felt terrible. International (and to Turkey - (1906-) to crimes, aggression and crimes against humanity, against said State to Texas, et. al., as, all, Constitutional, (1608-) (1775-) violations, within the United States to America, and to deportees into permanent exile, expellments and expulsion from this nation.

<u>Motion to proceed in forma pauperis, pursuant to Title 28, Section 1915, U.S.C.</u>

Comes now, Tyrone Hurt, the Plaintiff, and respectfully moves the Honorable, U.S. Dist. Ct. for the Fifth (5th) Cir., for leave to proceed in forma pauperis pursuant to Title 28, Section 1915, U.S.C., for the following reason:

1. The Plaintiff respectfully states that because of my poverty, that I am unable to pre-pay the said civil action fee for the filing of the foregoing complaint, and that said Plaintiff be allowed and permitted to proceed in forma pauperis, pursuant to Title 28, Section 1915, U.S.C.

### Memorandum to File

1. See: U.S. Constitution, (1608-) (1775-);
   See: Brown v. Board of Ed., (1954);
   See: Title 28, Section 1915, U.S.C.;
   See: The American Heritage College Dictionary;
   See: Black's Law Dictionary - (2009);

### Relief

1. The Plaintiff seeks w/a immediate urgency, to said implementation and execution to said landmark decision and opinion to Brown v. Board to Ed., (1954) &c., all in accordance to the Fifth (5th) and Fourteenth (14th) Amendments Rights to the U.S. Constitution, (1608-) (1775-), to having access to quality education within this supposedly, civilized, nation, (U.S.A.). The Plaintiff seeks w/a jobs one (1) Billion Dollars in punitive and monetary damages against said defendants, et. al.

Attempt to Poverty,
pursuant to Title 28,
Section 1915, U.S.C.

I, Tyrone Hurt, the Plaintiff, do Respectfully states that denies to my poverty, that I am unable to pre-pay

(5)

the said (site or law) for the filing to the foregoing complaints, that I am unable to give way/stay for the same, that I believe that I am entitled to the redress that I now seek.

<u>Attestation to service</u>

I, Tyrone Hite, the Plaintiff, pro respectfully state that I have upon this 16th day of december, have put the foregoing complaints to the U.S. District Ct. for the Fifth (5th) Cir., for make sent a copy on the 5th for the defendants, et al.

Respectfully Submitted,
8  Tyrone Hite
(Plaintiff, pro-se)
(Haines v. Kerner, 1972)

plaintiff reminder: ICC - (1946) (Hague, Netherlands)?

Mr. Tyrone Hurt
317 Kentucky Ave SE Apt 2
Washington, DC 20003

(202) 390-6581
(240) 938-1002



CAPITAL DISTRICT
30 DEC 2022 PM 2 L

To: Clerk to the Court
Chief Judge
United States District Court
For the Fifth (5th) Circuit
At: 600 Camp Street
New Orleans, Louisiana, 70130

9327085518181485

ANK



Mr. Tyrone Hurt
317 Kentucky Ave SE Apt 2
Washington, DC 20003-2325

(202) 391-6751
202-215-6208

To: clerk to the court
chief Judge To fuer
United States District Court
For the Fifth (5th) Circuit
#: 600 with Camp St. Pl.
New Orleans, Louisiana
70130-3408



Retail
RDC 99
70130

U.S. POSTAGE PAID
FCM LG ENV
WASHINGTON, DC 20003
MAR 01, 2023
$1.74
R2305M144916-05

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

February 23, 2023

Mr. Tyrone Hurt  
317 Kenturck Ave. Apt2  
Washington, DC 20003

Dear Mr. Hurt,

I am returning your petition, complaint or other papers for the following reason(s):

We are unable to determine what relief you are seeking. This court can only grant relief through a proper motion in a pending case. If you have a case number, you must provide it on all correspondence addressed to the court.

This is a court of limited jurisdiction. This means we can only act on cases which have been filed and decided in a U. S. District Court, or an agency within this circuit.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Monica R. Washington, Deputy Clerk  
504-310-7705

Enclosure(s)

Mr. Tyrone Hurt
317 Kentucky Ave SE Apt 2
Washington, DC 20003-2325

To: Clerk to the Court
Chief Judge
United States District Court
For the Fifth (5th) Circuit
Hi: 600 Sixth Chesters Place
New Orleans, Louisiana
70130-3408




RDC 99
70130
WASHINGTON, D
MAR 01, 2023
$1.74
R2305M144916

