**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**TYRONE HURT**                                          **CIVIL ACTION**

**VERSUS**                                                    **NO: 23-853**

**AMERICAN HERITAGE COLLEGE**                **SECTION: "T" (1)**
**DICTIONARY, ET AL**

## ORDER

The complaint was filed in this matter on March 8, 2023 (R. Doc. 1). The complaint was marked deficient (R. Doc. 2). A corrected complaint was filed on March 21, 2023, (R. Doc. 3). Furthermore, on March 21, 2023, a Motion for Leave to Proceed *in forma pauperis* was filed. It, too, was marked deficient (R. Doc. 4). As of this date, plaintiff has failed to cure the deficiency of filing *in forma pauperis*, has yet to pay the fees associated with the filing of the suit, and has failed to show proof of service on the named defendants.

Accordingly,

**IT IS ORDERED** that the plaintiff's complaint is hereby **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 28th day of July, 2023.

_____
**GREG GERARD GUIDRY**
**UNITED STATES DISTRICT JUDGE**