United States Court of Appeals for the Eastern District of Louisiana

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED Aug 15, 2023
CAROL L. MICHEL
CLERK
SMS    Mail

TENDERED FOR FILING
AUG 15 2023
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Tyrone Hurt
(see Haines v. Kerner, 1972)
319 Kentucky Ave. S.E.
#2, W.D.C. 20003
771-215-6028

Appellant

v.

The American Heritage College Dictionary, et al.

Appellee,

Civil Action No. 23-853

Appeal No.

Motion for Notice to Appeal in forma pauperis and the Appointment of Counsel, pursuant to Title 28, Section 1915, U.S.C.

Comes now, Tyrone Hurt, the Appellant, and respectfully moves the Honorable U.S.C. of App. for the Eastern District of Louisiana, for leave for Motion for Notice to Appeal in forma pauperis and the Appointment of Counsel, pursuant to Title 28 Section 1915, U.S.C., for the following reasons:

1. Whether the Courts Order entered on the date of 7/28/23, Dismissing the complaint, was an abuse of

(2)

its' discretion.

### Motion to proceed In forma pauperis, pursuant to Title 28, Section 1915, U.S.C.

Comes now, Tyrone Hurt, the Appellant, and respectfully moves the Honorable U.S. Ct. of App. for the Eastern District of Louisiana, for leave to proceed In forma pauperis, pursuant to Title 28, Section 1915, U.S.C. for the following reasons:

1. The Appellant respectfully states that because of my poverty, that I am unable to prepay the costs in fees for the filing of the foregoing motion and that said Appellant is indigent and permitted to proceed In forma pauperis, pursuant to Title 28, Section 1915, U.S.C.

### Memorandum of law

1. Lee: U.S. Constitution, (1608)(1775);
Lee: Motion to dismiss;
Lee: Title 28, Section 1915, U.S.C.;
Lee: Blacks' Law Dictionary (2004);
Lee: The American Heritage College Dictionary;

## Relief

1. The Appellant seeks said grant of said Motion for Leave to Appeal in forma pauperis, and the appointment of Counsel, pursuant to Title 28, Section 1915, U.S.C. The Appellant seeks one (1) billion dollars in punitive and monetary damages against said Appellees, et. al.

### Affidavit to Poverty, pursuant to Title 28, Section 1915, U.S.C.

I, Tyrone Hurt, the Appellant, respectfully state that because of my poverty, that I am unable to pre-pay the said costs in fees for the filing of the foregoing motion, that I am unable to give security for the same, that I believe that I am entitled to the redress that I now seek.

### Certification of Service

I, Tyrone Hurt, the Appellant, respectfully state that I have upon this 5th day of Aug. 23, have sent the foregoing motion to the U.S. Dist. Appt. for the Eastern District of Louisiana, to make service upon the Atty. for the Appellees, et. al.

(4)

Respectfully submitted,

8) /s/ _____
(Appellant, Pro-se)
(Haines v. Kerner, 1972)

Mr. Tyrone Hurt
317 Kentucky Ave SE Apt 2
Washington DC 20003

M-215-60N8

To: Clerk of the court
United States District to Poplab
For the Eastern District of Louisiana
At New Orleans LA
70130

CAPITAL DISTRICT 208
7 AUG 2023 PM 1 L